UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CRYSTAL MCALLISTER

Plaintiff,

-v-

EMILIANI TRANSPORT, INC. and
DONALD WILLIAM THOMAS, JR.

Defendant.

Case No. 18-02340

**Rule 7.1 Statement**

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Defendant, EMILIANI TRANSPORT, INC.         (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.

**Date:** March 16, 2018

**Signature of Attorney**

**Attorney Bar Code:** 2397503